**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Alvaro Freddy HERNANDEZ-SIBRIAN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, et al.**<br><br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-cv-6447** |

**ORDER**

**AND NOW**, this 31st day of August, 2026, upon consideration of Petitioner Alvaro Freddy HERNANDEZ-SIBRIAN's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Petitioner shall make immediate and proper service of the Petition (ECF No. 1) and this Order on Respondents.
2. Respondents shall not transfer Petitioner without further order of the Court.
3. Respondents **SHALL RESPOND** to the Petition on or before Wednesday, September 2, 2026.

**BY THE COURT:**

/s/_Antonio M. Pozos________
**ANTONIO M. POZOS, J.**