**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALVARO FREDDY HERNANDEZ-SIBRIAN,**<br><br>Petitioner,<br><br>*v.*<br><br>**JAMAL L. JAMISON**, **et al.,**<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-cv-06447** |

**ORDER**

**AND NOW**, this 3rd day of September, 2026, in light of the Government's Notice of Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**